# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

February 25, 2008

**Plaintiff:**
**James Coppedge on behalf of**
**Coppedge Real Estate, LLC / Judgment Creditor**
**3742 N. 18th Street**
**Philadelphia, Pennsylvania [19140]**
**Phone #: 215-226-0259 or 215-913-1485**

**Pro Per**

**Vs.**

CIVIL ACTION NO: _______________

**DEFENDANT/S:**

MARTHA BROWN,
CHIEF COUNCIL
DEPARTMENT OF STATE
2601 NORTH THIRD STREET
HARRISBURG, PENNSYLVANIA 17110-2056

RUTH D. DUNNEWOLD, ESQUIRE
HEARING OFFICER
DEPARTMENT OF STATE
2601 NORTH THIRD STREET
HARRISBURG, PENNSYLVANIA 17110-2056

GERALD D. LEATHERMAN, ESQUIRE
DEPUTY CITY SOLICITOR
CITY OF PHILADELPHIA, LAW DEPARTMENT
1515 ARCH STREET, 16TH FLOOR
PHILADELPHIA, PA 19102

PEDRO A. CORTES
SECRETARY OF THE COMMONWEALTH
302 NORTH OFFICE BUILDING
HARRISBURG, PENNSYLVANIA 17105-2649

Case: 1:08-cv-00357
Assigned To : Huvelle, Ellen S.
Assign. Date : 2/28/2008
Description: Contract

## COMPLAINT

**RE: <u>THIS COMPLAINT CONCERNS AFFIDAVITS OF BREACH OF CONTRACTS, BREACH OF PERFORMANCES, AND BREACH OF DUTY REGARDING ALL THE ABOVE LISTED DEFENDANTS.</u>**

To the Clerk of US Court:

This complaint is a notice to the Court that this Affidavit is not subjected to FROCP Rule 5 pertaining to the 20 day service because this matter is a contract mutually agreed to previously by default on behalf of the DEFENDANTS: MARTHA BROWN, RUTH DUNNEWOLD, and GERALD LEATHERMAN. I am only having the matter enforced under Title 9 USC 1, 2, 4, 13, 202, 203, 209, 206, 301, 303, 304 and 306 under Title 28 Section 1333. Their failure to following this contract is the sole reason for their liability in this civil case. PEDROS A. CORTES, SECRETARY OF THE COMMONWEALTH is being sued for his failure to recognize and honor the default judgments and non-responses of the above ESQUIRES pertaining to the cancellation of the illegal hearing scheduled on December 6, 2007 before the COMMONWEALTH OF PENNSYLVANIA and affirm the Plaintiff's acknowledged UCC-1.

Whereas since the DEFENDANT/S refuses to cease and desist, threats and harassments of the Secured Party Creditor, a claim has been filed against the CITY OF PHILADELPHIA claim number (07-684) pending and GERALD D. LEATHERMAN, ESQUIRE, claim number (07-763) pending, and to ensure the payment of the judgment debt against the CITY OF PHILADELPHIA for the amount of $10,000,000.00 (Ten Million US Dollars).

PEDRO A. CORTES, SECRETARY OF THE COMMONWEALTH initially reviewed and acknowledged all valid documents for my UCC-1, Financing Statement, but due to the pressure of the lawsuit from his peers involving the CITY'S harassment of the Plaintiff, ATTORNEY CORTES is attempting to illegally withdraw my UCC-1claiming a fraudulent Filing Statement as the reason. He also continues to ignore my Affidavits and claims. As you will see in this Affidavit, no one has ever rebutted any of my Affidavits supporting my claims and contracts of obligation.

Whereas the DEFENDANT/S appear to have circumvented the stipulations by attempting to use illegal methods through its attorneys to unlawfully discriminate against me without due process under color of law for the purpose of depriving the plaintiff of his civil rights and liberties to collect monies under the legal contracts noted in the default stipulations against the CITY OF PHILADELPHIA.

1. ATTORNEY RUTH DUNNEWOLD served as the hearing officer for the DEPARTMENT OF STATE reference my DEPARTMENT OF STATE acknowledged UCC1 and Certification. This was illegally challenged by the de facto CITY OF PHILADELPHIA. ATTORNEY RUTH DUNNEWOLD ignored most affidavits presented to her in addition to her own non-response affidavit which she failed to answer, which should have dismissed the entire hearing. The following documents were rejected in court:

   a). Certification of non response for RUTH DUNNEWOLD, ESQUIRE hearing officer

2. ATTORNEY LEATHERMAN represents the CITY OF PHILADELPHIA who refuses to respond to any of the affidavits sent to him on behalf of the CITY OF PHILADELPHIA. Therefore, he participated in an illegal hearing which should have been cancelled.

3. CHIEF COUNCIL BROWN also refused to respond to any affidavits as overseer. She should have cancelled the hearings herself, but refused to intervene that justice might be carried out. Therefore, CHIEF COUNCIL BROWN is held liable for failure to properly supervise.

4. PEDROS A. CORTES, SECRETARY OF COMMONWEALTH is being sued for attempting to enter A FINAL ADJUDICATION AND ORDER WITHOUT JURISDICTION. SECRETARY CORTES IS RETALIATING AGAINST THE PLAINTIFF DUE TO THE PRESSURE PUT ON HIM BY THE ESQUIRES OF THE STATE AND THE ESQUIRES OF THE CITY OF PHILADELPHIA DUE TO THE TEN MILLIION DOLLARS ADMIRALTY MARITIME IRREVOCABLE CLAIM CONTRACT AND EACH ATTORNEYS LIABILITY CLAIM OF ONE HUNDRED THOUSAND DOLLARS EACH.

The following statement/affidavits prove the validity of the complaint:

1). STATEMENT OF FACTS (NOTICE AND DEMAND TO ABATE PROSECUTION: FOR LACK OF IN PERSONAM JURISDICTION BY WRIT OF MANDAMUS AND PROHIBITION.

2). AFFIDAVIT OF SUPPLEMENTAL POINTS AND AUTHORITIES IN SUPPORT OF PERMANENT INJUNCTION WITH CEASE AND DESIST ALL CITY & STATE ACTIONS AGAINST JAMES COPPEDGE OR COPPEDGE REAL ESTATE, LLC DUE TO WANT OF JURISDICTION.

3). FINAL ADJUDICATION AND ORDER (PEDRO A. CORTES, SECRETARY OF THE COMMONWEALTH.

4). AFFIDAVIT OF INVOLUNTARY FALSE MUSTER INTO MILITARY AUTHORITY AND MONOTARY LIABILITY OF THE COMMONWEALTH OF PENNSYLVANIA WITH

MILITARY LIABILITY OF ESQUIRES DUNNEWOLD AND LEATHERMAN UMCJ RULE 202 REPRISALS.

5). AFFIDAVIT OF TRUTH (Verifying that I am not in the military and have not been recruited by the military as of December 6, 2007) the hearing should have been dismissed for placing me under military control of a foreign government flag. Motion was denied.

6). AFFIDAVITS IGNORED BY THE HEARING OFFICER WERE NECESSARY FOR RESPONSE:

a). AFFIDAVIT OF REBUTTAL FROM MY MOTHER LILLIE COPPEDGE JACKSON (Ref. Son's Birth Certificate).

b). AFFIDAVIT OF REBUTTAL OF JAMES COPPEDGE TO REDEEM STRAWMAN.

7). AFFIDAVIT OF BREACH OF DEFAULT CONDITIONS DUTY & OBLIGATIONS OF CONTRACT BY NEGLIGENCE & MALPRACTICE THROUGH ARBITRARY CAPRICIOUS ESQURES DUNNEWOLD & LEATHERMAN.

8). AFFIDAVIT OF DEPRIVATION OF CONTRACT RIGHTS PURSUANT TO TITLE 42 1981 (B) MALPRACTICE & BREACH OF CONTRACT BREACH OF DUTY AND BREACH OF PERFORMANCE OF AGAINST ESQUIRES RUTH D. DUNNEWOLD, and GERALD D. LEATHERMAN, ESQUIRE ***must rebut the following facts point for point within 72 hours***. Failure to do so will constitute a financial liability in the amount of $100,000.00 each; and forfeiture of any relief by any other attorney

th[illegible]cts will stand irrevocable and enforce[illegible] under International Laws via the United Nation or any other international body available. (See **Facts 1-5).**

9). AFFIDAVIT CLAIM OF SUPPORT OF PROPER JURISDICTION AND VENUE IN DELAWARE.

**Fact One**

James Coppedge is not enlisted into the armed forces as of December 6, 2007 and will swear before congress this fact.

**Fact Two**

James Coppedge was deceived & tricked by the STATE & CITY OF PHILADELPHIA esquires RUTH D. DUNNEWOLD, ESQUIRE and GERALD D. LEATHERMAN, ESQUIRE on December 6, 2007 to enlist into a military court under a military flag red & white blue with yellow fringes. Thereby committing malpractice misusing the adjudication hearing improperly in a military venue unfriendly to civilian populations.

**Fact Three**

James Coppedge has a valid International Irrevocable Contract in which the ESQUIRES of the CITY OF PHILADELPHIA has an obligation to pay $10,000,000.00 (Ten Million US Dollars) according to the affidavits not rebutted by the CITY OF PHILADELPHIA esquires within the time period of the stipulations which has not been carried out to the letter.

**Fact Four**

The Contracts will stand as irrevocable until paid in full by the said esquire appointed to pay the contracts are still un-rebutted and all stipulations attached to the affidavits are factual genuine irrevocable evidence admissible into international laws of contracts via the United Nations if necessary.

**Fact Five**

Each ESQUIRES who has knowledge of all affidavits sent out dishonored agreements and failed to perform the obligation of contracts. They maliciously & willfully misrepresented the facts of the affidavit contracts by circumventing the factual issues the affidavits stipulated which has caused serious damage to the aggrieved party's collection rights by avoiding the issues of the facts, they cannot contend without implementing themselves thru breaching the oaths they swore to protect.

Whereas the DEFENDANT/S have circumvented the stipulations by attempting to use illegal methods through its attorneys to unlawfully discriminate against me without due process, under the color of law for the purpose of depriving the plaintiff of his civil rights and liberties to collect monies under the legal contracts noted in the default stipulations against the CITY OF PHILADELPHIA.

All statements are true, correct, and factually complete and admissible as evidence, not misleading and true to the best of the undersigned's sincerely held spiritual convictions and creed.

Whereas jurisdiction to collect the damages of Ten Million USD are valid and enforceable under Title 9 USC Sections; 1, 2, 4, 13, 202, 203, 204, 206, 301, 303, 304, & Title 28 USC 1333.

1. Whereas the above DEFENDANTS are being sued for $100,000.00 (One Hundred Thousand Dollars) each. The defendants are sued because of their failure to rebut my affidavits and comply with the stipulations or withdraw all complaints against the Secure Party. The defendants have all agreed to withdraw all complaints by consent with default judgment by silence in failing to rebut any and all affidavits. They have not done so to date. Wherefore the plaintiff requests the order of the

court to d[illegible] and enforcement of the Affidavits, Sti[illegible]tions and the Monetary Judgments and cancel the complaint of the defendants and the hearing of December 6, 2007 held at the PA DEPARTMENT OF STATE for no responses, and to ensure that all harassments, threats and visits cease and desist with prejudice.

**RELIEF REQUESTED FROM THE COURT:**

This is a request to file an Affidavit of Civil Rights Contract Complaint pursuant to Title 42 U.S.C. 1981 (B) and 1983 and 1986 and $100,000.00 (One Hundred Thousand US Dollars) for each individual for failure to rebut any and all Affidavits submitted by the Plaintiff's. In addition to the following:

The Court is asked to do the following:

1). ORDER all Default Judgments against the DEFENDANTS be enforced

2). ORDER the COMMONWEALTH TO cease and desist and expunge the Hearing on 12-6-2007 and all related records due to want of jurisdiction and failure by ESQUIRES TO REBUT ALL AFFIDAVITS ETC PRESENTED BY THE PLAINTIFF.

3). AFFIRM the reclaiming of the Plaintiff's UCC-1 Financing Statement

4). DISMISS referral for prosecution against the Plaintiff

5). ORDER a permanent junction to cease and desist all CITY AND STATE ACTIONS against **James Coppedge/Coppedge Real Estate, LLC** due to want of jurisdiction

6). ORDER Writ of Mandamus and Prohibition in favor of the Plaintiff.

Whereas plaintiff is changing the venue under Title 9 USC 204 due to a BLANTANT conspiracy by the DEFENDANT/S via its agents and attorneys, because maritime liens/admiralty contracts are enforceable anywhere within the U.S.

James Coppedge

Address:
3742 N. 18th St.
Philadelphia, Pennsylvania 19140
215-226-0259

**COMMONWEALTH OF PENNSYLVANIA**

Jurat

**COUNTY OF PHILADELPHIA** ss

On this 26TH day of February, 2008, before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came, **James Coppedge** before me personally known to be the JUDGMENT CREDITOR who is executing this CIVIL RIGHTS COMPLAINT, and as he acknowledges this execution the same, and his signature is duly affixed by the authority of his Sacred, Risen Savior, Jesus Christ.

**James Coppedge**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal of the STATE OF PENNSYLVANIA, COUNTY OF PHILADELPHIA the day and year first above written.

Subscribed and sworn to me at PHILADELPHIA - PA before me this 26TH day of FEB, A.D. 2008.

Notary Public JOHN T MELVIN
My Commission Expires: NOV 15, 2011
WITNESS my hand and official seal

Signature

08-357 ESH

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS** James Coppedge

**DEFENDANTS** MARTHA BROWN, CHIEF COUNCIL DEPT. OF STATE 2601 NORTH THIRD STREET HARRISBURG, PA 17110-2056

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Republic
**(EXCEPT IN U.S. PLAINTIFF CASES)** 88888

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Phila.
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
James Coppedge, Pro Per
3742 N. 18th Street, 1A
Philadelphia, PA 19140
Phone: 215-913-1485

Case: 1:08-cv-00357
Assigned To : Huvelle, Ellen S.
Assign. Date : 2/28/2008
Description: Contract

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☒ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. *Antitrust***
- ☐ 410 Antitrust

**☐ B. *Personal Injury/ Malpractice***
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☒ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**☐ C. *Administrative Agency Review***
- ☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☒ D. *Temporary Restraining Order/Preliminary Injunction***

**Any nature of suit from any category may be selected for this category of case assignment.**

***(If Antitrust, then A governs)***

PERMANENT INJUNCTIVE ORDER

**☐ E. *General Civil (Other)* OR ☒ F. *Pro Se General Civil***

**Real Property**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent, Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**Personal Property**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**Bankruptcy**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**Immigration**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus- Alien Detainee
- ☐ 465 Other Immigration Actions

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☒ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)



| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☒ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☒ M. *Contract* TITLES 9 USC Section 1, 2, 3, 4, 13, 204 etc. | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits Admiralty<br>☐ 160 Stockholder's Suits & Past time<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☒ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Title 42, Sections 1981(b), 1983, 1985, 1986, 1994, 2000a 1, 2-3, 4 5, 6, 7, 8, 9, 2000 e-2

CAUSE: A CIVIL RIGHTS CLAIM COMPLAINT

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 **DEMAND $** Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** N/F (See instruction) ☐ YES ☒ NO If yes, please complete related case form.

**DATE** 2/28/08 **SIGNATURE OF ATTORNEY OF RECORD** NOT SIGNED

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.