UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                   )
JAMES COPPEDGE on behalf of        )
COPPEDGE REAL ESTATE, LLC,         )
                                   )
            Plaintiff,             )
                                   )
      v.                           )   Civil Action No.  08-00357 (ESH)
                                   )
MARTHA BROWN, Chief Counsel,       )
U.S. DEPARTMENT OF STATE, et al.,  )
                                   )
            Defendant.             )
_____)
```

## TRANSFER ORDER

Proceeding *pro se*, plaintiff James Coppedge has filed a breach of contract complaint on behalf of Coppedge Real Estate LLC. Defendants consist of two employees at the U.S. Department of State's office in Harrisburg, Pennsylvania; an employee at the City of Philadelphia Law Department; and the Secretary of the Commonwealth of Pennsylvania. Because this district is not the appropriate venue for plaintiff's claims, the Court will transfer the case to the Eastern District of Pennsylvania.

Section 1391(e) provides that:

> A civil action in which a defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under color of legal authority, or an agency of the United States, or the United States, may, except as otherwise provided by law, be brought in any judicial district in which (1) a defendant in the action resides, (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) the plaintiff resides if no real property is involved in the action.

28 U.S.C. § 1391(e). Under this standard, venue is improper in the District of Columbia. All of the defendants are located in Pennsylvania, the events giving rise to the claim occurred in

Pennsylvania, and plaintiff resides in Pennsylvania.  The District of Columbia has no connection with this case.  Under § 1391(e), however, venue is proper in the Eastern District of Pennsylvania because at least one of the defendants resides in that district.  Accordingly, it is this 4th day of March 2008,

      **ORDERED** that pursuant to 28 U.S.C. § 1406(a), the case is **TRANSFERRED** to the United States District Court for the Eastern District of Pennsylvania.

      **SO ORDERED.**

                                            /s/
                                  ELLEN SEGAL HUVELLE
                                  United States District Judge

Date:   March 4, 2008